**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| Michele Renee Oliver, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:19-2974-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew Saul, Commissioner | ) | |
| of Social Security Adminstation, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This matter comes before the Court for judicial review of the final decision of the

Commissioner of Social Security denying Plaintiff's application for Disability Insurance

Benefits ("DIB") and Supplemental Security Income ("SSI").  In accordance with 28 U.S.C. §

636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate

Judge for pretrial handling.  The Magistrate Judge issued a Report and Recommendation ("R &

R") on January 26, 2021, recommending that the decision of the Commissioner be reversed and

remanded to the agency because the Administrative Law Judge ("ALJ") failed to adequately

explain the finding of moderate limitations on persistence and/or pace, as required under *Mascio*

*v. Colvin*, 780 F.3d 632, 638 (4th Cir. 2015) and the basis for the finding that Plaintiff would be

off task 5% of the time.  (Dkt. No. 20 at 28-31).  The Commissioner has advised the Court he

will not file an objection to the R & R. (Dkt. No. 22).

The Court **ADOPTS** the Report and Recommendation as the order of this Court,

**REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g),

and **REMANDS** the matter to the Commissioner for further proceedings consistent with this

order.

     **AND IT IS SO ORDERED**.

<u>S/ Richard Mark Gergel</u>
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
February 8, 2021